UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AARON D. BOUFFARD | : |
| | : |
| VS. | : CIVIL ACTION NO. |
| | : |
| ALEX RELYEA and | : |
| CITY OF DANBURY | : AUGUST 24, 2020 |

## COMPLAINT

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult resident of the State of Connecticut.

4. During all times mentioned in this complaint, the defendant Alex Relyea was an officer in the Police Department of Danbury, Connecticut. He is sued only in his individual capacity. The defendant City of Danbury is a municipal corporation in the State of Connecticut and at all times mentioned herein was the employer of the defendant Alex Relyea. At all times herein

mentioned, it was acting through its highest officials for purposes of police discipline and training, including but not limited to Police Chief Patrick Ridenhour.

5. During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. On or about July 3, 2019, near Reserve Road in Danbury, Connecticut, the defendant Relyea fired several bullets in rapid succession into the body of the plaintiff, striking him twice in the back, and causing him to suffer severe physical injuries. There was no need or justification for the use of so much deadly force under the circumstances present at the time. The plaintiff was at least twenty feet away from Relyea at the time of the shooting, Relyea had actual knowledge that the plaintiff did not have a firearm, and the plaintiff was facing away from Relyea; but despite that he shot the plaintiff in the back.

7. The defendant Relyea had a prior history of using excessive and unreasonable deadly force. Less than one year previously, on or about December 29, 2018, the defendant Relyea shot and killed Paul Arbitelle and shot and wounded Arbitelle's 74-year-old mother. Defendant Relyea is the only Danbury police officer who has shot anyone in the line of duty in twenty years.

8. The defendant City of Danbury had actual knowledge of defendant Relyea's shooting of Paul Arbitelle and his mother while on duty and at the time

he shot the plaintiff the official investigation of that killing had not even been completed. Yet, despite that, the defendant City of Danbury allowed the defendant Relyea to be on duty with a loaded gun while the investigation into his recent use of deadly force still was in process, failed to provide him with retraining, failed to evaluate his propensity for deadly violence, and failed either to discipline or reassign him to duties in which he would not have the opportunity to kill again.

9. In the manner described above, both defendants are jointly and severally liable for the injuries inflicted upon the plaintiff. Both defendants are responsible for the use by defendant Relyea of unreasonable and excessive deadly force upon the plaintiff in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

10. The actions of the defendants described above also violated the plaintiff's rights under Connecticut law to be free from assault and police brutality.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF

BY: _____/s/_____John R. Williams_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax:  203.776.9494
        jrw@johnrwilliams.com